UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO,<br><br>                Plaintiff,<br><br>      v.<br><br>DEMOCRACY NOW! PRODUCTIONS, INC.,<br><br>                Defendant. | Case No.: 1:18-cv-10588-DLC<br><br>**NOTICE OF DEFENDANT'S MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND** |

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for an Order Requiring Plaintiff to Post a Bond Pursuant to Local Rule 54.2, Defendant Democracy Now! Productions, Inc.'s ("Democracy Now"), by and through its counsel Sheppard, Mullin, Richter & Hampton LLP, shall move before the Honorable Denise L. Cote, at the United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007, on a date and time to be determined by the Court, for an Order requiring Plaintiff Gregory Mango to post a bond for costs pursuant to Local Civil Rule 54.2, and for such other and further relief as the Court may deem just and proper.

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b), opposition papers to this motion shall be served "within fourteen days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

Dated: New York, New York
December 21, 2018

                                  Respectfully submitted,

                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By:   /s/ Thomas M. Monahan

                                  Thomas M. Monahan
                                  30 Rockefeller Plaza
                                  New York, New York 10112
                                  Telephone: (212) 653-8700

                                  James M. Chadwick (*pro hac vice forthcoming*)
                                  379 Lytton Avenue
                                  Palo Alto, California 94301
                                  Telephone: (605) 815-2600

                                  *Attorneys for Democracy Now! Productions, Inc.*

To:    Richard P. Liebowitz
        Liebowitz Law Firm, PLLC
        11 Sunrise Plaza
        Suite 301
        Valley Stream, New York 11580
        RL@liebowitzlawfirm.com