# EXHIBIT 1

  kellyanne conway george conway   

**Visually similar images**



Report images

## Pages that include matching images

**Kellyanne Conway's husband expects to land top DOJ job ...**
https://nypost.com/2017/.../kellyanne-conways-husband-expected-to-land-top-doj-job... ▾
 2000 × 1333 - Mar 17, 2017 - **Kellyanne Conway's** husband, veteran lawyer George Conway, is expected to be nominated to lead the civil division of the Justice Department....

**7 Times Even Kellyanne Conway's Husband Had To Speak Out ...**
https://www.care2.com/.../7-times-even-kellyanne-conways-husband-had-to-speak-out... ▾
 650 × 400 - Jun 7, 2018 - Despite being married to **Kellyanne**, George Conway (justifiably) has a lot to criticized Donald Trump about.

**Washington - Trump Jabs Back At 'Mr. Kellyanne Conway,' An ...**
https://www.vosizneias.com/.../washington-trump-jabs-back-at-mr-kellyanne-conway-... ▾
 650 × 400 - Nov 9, 2018 - "You mean, Mr. **Kellyanne Conway**?" Trump said to reporters when asked about a Thursday New York Times editorial by George Conway, who ...

**Kellyanne Conway's Husband is Frontrunner to Lead Justice ...**
blackchristiannews.com/.../kellyanne-conways-husband-is-frontrunner-to-lead-justice-... ▾
 525 × 350 - Mar 18, 2017 - George Conway, the husband of White House counselor **Kellyanne Conway**, has emerged as the front-runner to lead the civil division of the ...

**Kellyanne Conway's husband turns on Trump, rips president over ...**
https://us.blastingnews.com/.../kellyanne-conways-husband-turns-on-trump-rips-presi... ▾
650 × 347 - Jun 5, 2017 - George Conway, husband of **Kellyanne**, decided to go after Donald Trump due to the president's obsessive travel ban Twitter posts. This article ...


1 2 3 4 5 6 7 8 9 10     Next



Google    [ Conwa... Mango.jpg × ]    kellyanne conway george conway    🔘 ♪ 🔍

All    Images    Maps    Shopping    More                    Settings    Tools

Page 2 of about 25,270,000,000 results (0.47 seconds)

Kellyanne Conway's husband expects to land top DOJ job - Free Republic
www.freerepublic.com/focus/f-news/3535749/posts ▾
Mar 17, 2017 - 20 posts - 13 authors
1033 × 688 - Kellyanne Conway's husband, veteran lawyer George Conway, is expected to be
nominated to lead the civil division of the Justice Department, ...

George Conway — Latest News, Images and Photos — CrypticImages
crypticimages.com/george-conway/ ▾
650 × 400 - George Conway Cites Obstruction of Justice and Witness Tampering .... George
Conway, husband of White House counselor Kellyanne, had an interesting ...

Baltimore Jewish Life | Trump Jabs Back At 'Mr. Kellyanne Conway ...
https://baltimorejewishlife.com/news/news-detail.php?SECTION_ID=2...ID... ▾
400 × 246 - Nov 9, 2018 - "You mean, Mr. Kellyanne Conway?" Trump said to reporters when
asked about a Thursday New York Times editorial by George Conway, who ...

Americans Cheering After Kellyanne Conway's Husband Slams Trump ...
https://voteblue.online/americans-cheering-after-kellyanne-conways-husband-slams-tr... ▾
696 × 374 - Sep 16, 2018 - White House counselor Kellyanne Conway's husband George
Conway blasted the president on Twitter Friday over Trump's vicious criticism of ...

Conway Iii | www.picswe.com
https://www.picswe.com/pics/conway-iii-e3.html ▾
1200 × 645 - George conway and trump adviser kellyanne conway with their family jpg
500x279 ... Kellyanne conway married her husband george conway iii know about her ...

Kellyanne Conway Has Helped Female Friends Get Abortions ...
https://www.democracynow.org/.../kellyanne_conway_has_helped_female_friends_ge... ▾
320 × 180 - Mar 20, 2017 - Kellyanne Conway told New York magazine that, despite her anti-
abortion views, she's sympathetic to women who get abortions, and has ...

George T Conway Iii | Hot Trending Now
https://www.tah-heetch.com/george-t-conway-iii ▾
1368 × 855 - George T Conway III. George Conway Wiki & Bio Everipedia. Kellyanne Conway's
husband defends Mueller. Kellyanne Conway Married her husband George T.

free images george conway » HD Picture | Full Wallpapers
https://byombook.tk/free/free-images-george-conway.html ▾
585 × 360 - free images george conway - Find a HD wallpaper for your desktop or Android ...
HEATED INTERVIEW George Stephanopoulos GRILLS Kellyanne Conway on ...

Kellyanne Conway's husband may be in charge of the travel ban - KTRS
www.ktrs.com/kellyanne-conways-husband-may-be-in-charge-of-the-travel-ban/ ▾
2000 × 1333 - Skip to content. LISTEN LIVE NOW! LISTEN LIVE NOW! TwitterFacebook
InstagramSoundCloud · TwitterFacebookInstagramSoundCloud. KTRS | St Louis News ...

Husband George Conway Iii – Michaelieclark
https://michaelieclark.com/info/husband-george-conway-iii ▾
2000 × 1333 - Nov 30, 2018 - Pictures of Husband George Conway Iii ... house counselor
kellyanne conway opened president donald trum george conway invited hite house ...

‹ Goooooooooogle ›
Previous    1 2 3 4 5 6 7 8 9 10    Next





Google    | Conwa... Mango.jpg ✕ |    kellyanne conway george conway    📷  🎤  🔍

All    Images    Maps    Shopping    More                Settings    Tools

Page 4 of about 25,270,000,000 results (0.39 seconds)

**Kellyanne Conway The Next to Go? - Politically Slanted**
https://politicallyslanted.com/2018/03/06/kellyanne-conway-the-next-to-go/ ▾
329 × 365 - Mar 6, 2018 - **Kellyanne Conway** is in some trouble for violating the Hatch Act.
Today, the US Office of Special Council sent an investigative report to ...

**Anderson Cooper Rolls Eyes at KellyAnne Conway During Interview ...**
https://politicallyslanted.com › Articles › Feminism ▾
329 × 365 - May 11, 2017 - In case you missed it, Anderson Cooper had Kelleyanne Conway on
his show to talk about President Trump's firing of former FBI Director ...

**Kellyanne Conway's Husband is Deleting All His Trump-Bashing ...**
https://www.truthexam.com/.../kellyanne-conways-husband-is-deleting-all-his-trump-bas...
2000 × 1189 - Mar 29, 2018 - George Conway, White House counselor **Kellyanne Conway's**
husband, has a history of not seeing eye to eye with President Donald Trump. ...

**George Conway Kelly Anne Husband | www.topsimages.com**
https://www.topsimages.com/images/george-conway-kelly-anne-husband-07.html ▾
2000 × 1333 - jpg 1440x1006. **Kellyanne conway** says husbands anti trump tweets are
disrespectful if not violation of their marital vows. Download Image ...

**Husbands Trump Critical Conway Says - Mynextcar**
mynextcar.info/pics/husbands-trump-critical-conway-says ▾
650 × 400 - Sep 20, 2018 - **Kellyanne Conway** Accuses CNN's Bash Of Sexism For Asking
About Husband's Anti-Trump Tweets. CNN's Dana Bash has asked Kellyanne ...

**Trumps Immigration Conways Husband — Cannonballhq**
https://cannonballhq.com/trumps-immigration-conways-husband ▾
1200 × 645 - Dec 1, 2018 - George Conway, husband of White House advisor **Kellyanne**
**Conway**, tweeted last night that Trump's. **Kellyanne Conway's** husband, other ...

**Bes Conways Husband Deletes Trump Tweets – Tipos De Cancer**
tipos-de-cancer.info/bes-conways-husband-deletes-trump-tweets.php ▾
650 × 400 - howard kurtz defends **kellyanne conway's** right · husband's anti-trump twe
**kellyanne conway** loses · hite house counselor **kellyanne conway** holds · george ...

**Kellyanne Conway Photo Husband Children - Radio Total**
www.radiototal.info/motors/k/kellyanne-conway-photo-husband-children.html ▾
300 × 200 - GALLERY: **Kellyanne Conway** Photo Husband Children ... net worth age wiki;
strategist **kellyanne conway** and husband george t conway; kellyanne conway net ...

**T Conway - Fassila**
fassila.info/t-conway.html ▾
1200 × 645 - Nov 18, 2018 - George T. Conway III, husband of White House counselor
**Kellyanne** ... George T. **Conway** and Trump adviser **Kellyanne Conway** with their ...

**Kelly Anne Conway Husband | www.topsimages.com**
https://www.topsimages.com/images/kelly-anne-conway-husband-c9.html ▾
2000 × 1333 - **Kellyanne conway** on how she feels about her husbands tweets on trump ...
**Kellyanne conway** and husband george with their four children picture twitter jpg ...

‹ Goooooooooogle ›
Previous    1 2 3 4 5 6 7 8 9    Next



Google

Conwa... Mango.jpg ✕

kellyanne conway george conway    📷 🎤 🔍

All    Images    Maps    Shopping    More    Settings    Tools

Page 6 of about 25,270,000,000 results (0.54 seconds)

**Theh Conways Husband Defends Criticism – Puntoritiro**
https://puntoritiro.info/post/theh-conways-husband-defends-criticism ▾
650 × 400 - Dec 4, 2018 - Conway's husband defends criticism of Trump tweets. George T. Conway III, husband of White House Counselor to the President Kellyanne ...

**Kellyanne Conway Net Worth Estimate - orastie.info**
www.orastie.info/publications/keywords/kellyanne-conway-net-worth-estimate.html ▾
300 × 200 - Conway's father, John Fitzpatrick, had Irish ancestry, while her mother is of Italian descent; John Fitzpatrick owned a small ... Kellyanne Conway Bio, Net Worth, Height, Facts | Dead or ... ... George T. Conway Bio: nationality, ethnicity, married .

**George T Conway III Attorneys Wachtell Lipton Rosen - induced.info**
induced.info/?s=George+T+Conway+III++Attorneys++Wachtell+Lipton... ▾
300 × 200 - George T Conway III Attorneys Wachtell Lipton Rosen. This site contains all info about George T Conway III Attorneys Wachtell Lipton Rosen. George T Conway ...

**KragonDoom (u/KragonDoom) - Reddit**
https://www.reddit.com/user/KragonDoom ▾
2000 × 1333 - Kellyanne Conway on her anti-Trump husband and "feminists": "I've never been doing better personally or professionally. I'm sure feminists are cheering me on ...

**Conways - takvim kalender HD - 2018 takvim Collection**
https://www.takvim.pw/conways.html ▾
230 × 170 - Dec 10, 2018 - Conways - Trump selects Kellyanne Conway's husband for Department ... Artificial life 2005, Kellyanne Conway's Husband Withdraws From DOJ Post, ... Conway's Husband, George Conway, Rebukes Trump KellyAnne Byrne ...

**Baltimore Jewish Life | Watch Israel's New Crowd Control Vehicle ...**
dev.baltimorejewishlife.com/news/news-detail.php?SECTION_ID=37...ID... ▾
330 × 203 - Aug 2, 2017 - Halacha Questions. After a recent natural disaster, I wrote a check to one of the relief funds from my maaser account. The check was never ...

**Baltimore Jewish Life | In Place Of The Pepsi, Honey Is Coming From ...**
dev.baltimorejewishlife.com/news/news-detail.php?SECTION_ID=37...ID... ▾
330 × 203 - Sep 8, 2017 - yesterday at 3:03 pm. Trump Jabs Back At 'Mr. Kellyanne Conway,' An Unusual Critic · Washington - U.S. President Donald Trump on Friday ...

**Baltimore Jewish Life | US Stock Market Falls Over Trade War Fears**
https://www.jewishlife.com/news/news-detail.php?SECTION_ID=5&ARTICLE... ▾
330 × 203 - Jun 19, 2018 - 11 minutes ago. Trump Jabs Back At 'Mr. Kellyanne Conway,' An Unusual Critic · Washington - U.S. President Donald Trump on Friday took a ...

**Baltimore Jewish Life | Tzom Gedaliah (Baltimore Zmanim)**
dev.baltimorejewishlife.com/news/news-detail.php?SECTION_ID=1&ARTICLE... ▾
330 × 203 - Historical Background. After the Babylonians destroyed the Holy Temple in Jerusalem and exiled many Jews in 3338 (423 BCE), they appointed Gedaliah ben ...

**conways - KTRS | St Louis News and Talk Radio | The Big 550 AM**
www.ktrs.com/kellyanne-conways-husband-may-be-in-charge-of-the.../conways/ ▾
2000 × 1333 - Skip to content. LISTEN LIVE NOW! LISTEN LIVE NOW! TwitterFacebook InstagramSoundCloud · TwitterFacebookInstagramSoundCloud. KTRS | St Louis News ...




‹ Goooooooogle ›
Previous    1  2  3  4  5  6  7  8  9    Next



