# EXHIBIT 2



  

Kellyanne Conway manages to sneak away from Team Trump for family George Conway was involved in the Paula Jones lawsuit Donald Trump s most cogent critic married to his most slavish defender Kellyanne Conway and husband George with their four children Picture Twitter After the Stormy Daniels tweets Kellyanne Conway s husband is NurPhoto via Getty Images George Conway Wachtell Lipton Partner George Conway Withdraws From Justice George T Conway III George Conway Throws Shade All Over Kellyanne s Puff Piece Above George Conway Throws Shade All Over Kellyanne s Puff Piece Above the Law George Conway is the man at the center of everything The George Conway seen with wife Kellyanne Conway at an inaugural party in January is somebody who likes to be in the mix where the action is says a Kellyanne Conway s Husband Is Deleting His Anti Trump Tweets George Conway Kellyanne Conway and her husband George He hates Trump She works Kellyanne Conway and her husband George arrive for a dinner at Union Station in Washington the day before Donald Trump s inauguration Matt Rourke AP George Conway is the man at the center of everything The George Conway with then fiancee Kellyanne circa Courtesy of Kellyanne Conway Kellyanne Conway s Marriage Divided by Trump and Tweets Kellyanne and George Conway