UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO,<br><br>                Plaintiff,<br><br>    v.<br><br>DEMOCRACY NOW! PRODUCTIONS, INC.,<br><br>                Defendant. | Case No.: 1:18-cv-10588-DLC |

**DECLARATION OF JULIE CROSBY IN SUPPORT OF DEFENDANT'S MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND**

      I, Julie Crosby, declare as follows:

      1.      I am the General Manager of Democracy Now! Productions, Inc. ("Democracy Now"), the defendant in the above-captioned action filed by Plaintiff Gregory Mango ("Plaintiff"), which alleges copyright infringement of a photograph of Kellyanne Conway and George Conway (the "Photograph").  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

      2.      This declaration is submitted in support of *Defendant's Motion for an Order Requiring Plaintiff to Post a Bond*.

      3.      Before the commencement of this lawsuit, Democracy Now received no request from Plaintiff or his attorney that the Photograph be removed, nor any demand for a license fee.  Once Democracy Now received notice of the lawsuit, it promptly removed the Photograph.

      4.      I subsequently researched the license fees normally charged for worldwide, online use of comparable images by Plaintiff.  The fees for licenses to such images were between $50 and $220.  Screenshots of comparable images by Plaintiff available on Polaris Images are attached hereto as **Exhibit 1**.  Screenshots of comparable images by Plaintiff available on AP Images are attached hereto as **Exhibit 2**.

-2-

5.    Democracy Now's profits attributable to the alleged infringement are zero, as Democracy Now is a nonprofit organization that does not rely on advertising revenue and derives no income from the use or distribution of photographs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  20  day of December, 2018, at New York City, New York.

_____
Julie Crosby