# EXHIBIT 2



-3-

