SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Thomas M. Monahan
tmonahan@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700

James M. Chadwick (*pro hac vice forthcoming*)
jchadwick@sheppardmullin.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (605) 815-2600

*Attorneys for Democracy Now! Productions, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO,<br><br>　　　　Plaintiff,<br><br>　　- against -<br><br>DEMOCRACY NOW! PRODUCTIONS, INC.,<br><br>　　　　Defendant. | Civil Action No. 18-cv-10588 (DLC)<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

　　　　Defendant Democracy Now! Productions, Inc. ("Democracy Now" or "Defendant"), by and through its undersigned counsel Sheppard Mullin Richter & Hampton LLP, hereby answers the November 13, 2018 Complaint (the "Complaint") filed by Plaintiff Gregory Mango ("Mango" or "Plaintiff") as follows:

## ANSWER

　　　　1.　　The allegations in Paragraph 1 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 1 of the Complaint contains factual allegations, Democracy Now admits that the Complaint purports to be an action for copyright

-1-

infringement. Democracy Now denies the remaining allegations in Paragraph 1 of the Complaint.

2. The allegations in Paragraph 2 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 2 of the Complaint contains factual allegations, Democracy Now denies each and every allegation.

3. The allegations in Paragraph 3 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 3 of the Complaint contains factual allegations, Democracy Now admits that it resides in and transacts business in New York. Except as expressly admitted, Democracy Now denies the allegations of this Paragraph.

4. The allegations in Paragraph 4 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 4 of the Complaint contains factual allegations, Democracy Now denies each and every allegation.

5. Democracy Now lacks knowledge or information sufficient to form a belief concerning the truth of the allegations contained in Paragraph 5 of the Complaint, and on that basis denies the allegations of this Paragraph.

6. Democracy Now admits the allegations contained in Paragraph 6 of the Complaint, and further avers that it is a not-for-profit corporation.

A. To the extent this Section Heading in the Complaint contains factual allegations, Democracy Now denies each and every allegation.

7. Democracy Now lacks knowledge or information sufficient to form a belief concerning the truth of the allegations contained in Paragraph 7 of the Complaint, and on that basis denies the allegations of this Paragraph.

8.      The allegations in Paragraph 8 of the Complaint consist of legal conclusions to which no response is required.  To the extent Paragraph 8 of the Complaint contains factual allegations, Democracy Now lacks knowledge or information sufficient to form a belief concerning the truth of the allegations contained in Paragraph 8 of the Complaint, and on that basis denies the allegations of this Paragraph.

9.      Democracy Now lacks knowledge or information sufficient to form a belief concerning the truth of the allegations contained in Paragraph 9 of the Complaint, and on that basis denies the allegations of this Paragraph.  To the extent the photograph attached to the Complaint as Exhibit A (the "Photograph") was included in a photo collection registered with the United States Copyright Office, Registration Number VA 2-036-434, Democracy Now avers that such registration took place on or about March 26, 2017.

B.      To the extent this Section Heading in the Complaint contains factual allegations, Democracy Now denies each and every allegation.

10.     Democracy Now admits that it published the article attached as Exhibit C at the web address http://www.democracynow.org/2017/3/20/headlines/kellyanne_conway_has_helped_female_friends_get_abortions (the "Article").  To the extent Paragraph 10 of the Complaint refers to and purports to describe the contents of the Article, Democracy Now avers that the Article speaks for itself as to its contents and denies Mango's characterization of the Article and all other allegations in Paragraph 10 of the Complaint.  Except as expressly admitted and averred, Democracy Now denies the allegations of this Paragraph.

11.     Democracy Now admits that it did not obtain a written license granting copyrights to the Photograph from Mango, however, use of the Photograph was permitted under, among

other things, the doctrines of implied license, permissive use and fair use. Except as expressly admitted, Democracy Now denies the allegations of this Paragraph.

12. Democracy Now incorporates by reference each response to the allegations in Paragraphs 1 through 11 of the Complaint.

13. The allegations in Paragraph 13 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 13 of the Complaint contains factual allegations, Democracy Now avers that use of the Photograph was permitted under, among other things, the doctrines of implied license, permissive use and fair use, and denies the allegations contained in Paragraph 13 of the Complaint.

14. The allegations in Paragraph 14 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 14 of the Complaint contains factual allegations, Democracy Now avers that use of the Photograph was permitted under, among other things, the doctrines of implied license, permissive use and fair use, and denies the allegations contained in Paragraph 14 of the Complaint.

15. The allegations in Paragraph 15 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 15 of the Complaint contains factual allegations, Democracy Now denies the allegations in Paragraph 15 of the Complaint.

16. The allegations in Paragraph 16 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 16 of the Complaint contains factual allegations, Democracy Now denies the allegations in Paragraph 16 of the Complaint.

17. The allegations in Paragraph 17 of the Complaint consist of legal conclusions to which no response is required. To the extent Paragraph 17 of the Complaint contains factual allegations, Democracy Now denies the allegations in Paragraph 17 of the Complaint.

18.     The allegations in Paragraph 18 of the Complaint consist of legal conclusions to which no response is required.  To the extent Paragraph 18 of the Complaint contains factual allegations, Democracy Now denies the allegations in Paragraph 18 of the Complaint..

19.     The allegations in the Prayer for Relief consist of legal conclusions to which no response is required.  To the extent the Prayer for Relief contains factual allegations, Democracy Now denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct defenses to the Complaint, and to Mango's alleged claim for relief, Democracy Now, without conceding that it bears the burden of proof as to any of these defenses and without admitting any of the allegations of the Complaint, alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Mango's claim for relief is barred by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

Mango's claim for relief is barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred, in whole or in part, by his failure to mitigate damages.

### FIFTH AFFIRMATIVE DEFENSE

Mango lacks standing to assert the claim alleged in the Complaint.

### SIXTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred by the doctrine of fair use.

### SEVENTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred by the doctrine of permissive use.

### EIGHTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred by the doctrine of implied license.

### NINTH AFFIRMATIVE DEFENSE

To the extent that Democracy Now is liable to Mango for infringement of any valid copyright, such infringement was innocent and not willful. Democracy Now acted in good faith at all times referred to in the Complaint.

### TENTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred because Democracy Now was implicitly granted a license and/or permission to use the Photograph.

### ELEVENTH AFFIRMATIVE DEFENSE

To the extent that Democracy Now is liable to Mango for infringement of any valid copyright, Mango is not entitled to recover statutory damages or any award of fees and costs.

### TWELFTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred on the ground that his copyright is invalid.

### THIRTEENTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred on the ground that he lacked copyright in the Photograph claimed to be copyrighted.

### FOURTEENTH AFFIRMATIVE DEFENSE

Mango's claim for relief is barred on the ground that the Photograph lacks sufficient creativity or originality to qualify for protection under the Copyright Act.

FIFTEENTH AFFIRMATIVE DEFENSE

Democracy Now reserves the right to assert additional affirmative defenses.

WHEREFORE, based on the foregoing responses, Democracy Now requests judgment dismissing the Complaint in its entirety and granting Democracy Now any costs or attorneys' fees incurred in connection with defending this action, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 7, 2019

                    Respectfully submitted,

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By:  /s/ Thomas M. Monahan
                           Thomas M. Monahan
                    30 Rockefeller Plaza
                    New York, New York 10112
                    Telephone: (212) 653-8700
                    tmonahan@sheppardmullin.com

                    James M. Chadwick (*pro hac vice forthcoming*)
                    379 Lytton Avenue
                    Palo Alto, California 94301
                    Telephone: (605) 815-2600
                    jchadwick@sheppardmullin.com

                    *Attorneys for Democracy Now! Productions, Inc.*