UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MANGO,

                        Plaintiff,

- against -

DEMOCRACY NOW! PRODUCTIONS, INC.

                        Defendant.

Docket No. 18-cv-10588 (DLC)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2019

## [PROPOSED] ORDER

This matter came before the Court on defendant Democracy Now! Productions, Inc.'s ("Defendant")'s motion for an order requiring plaintiff Gregory Mango ("Plaintiff") to post a $10,000 bond pursuant to L.R. 54.2.

Plaintiff ~~opposes the motion on substantive grounds but~~ has consented to post a $10,000 bond via counsel ~~to proceed with adjudication on the merits without further delay~~.

**THEREFORE, IT IS ORDERED** that Plaintiff, via counsel, post a bond with the Clerk of Court in the amount of $10,000.00 on or before January 11, 2019; and it is

**FURTHER ORDERED**, that Defendant's motion at Docket No. 11 is ~~denied as moot~~ granted.

Dated: 1/8/19

**SO ORDERED.**

_____
Denise L. Cote (U.S.D.J.)