```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   18cv10588(DLC)
GREGORY MANGO,                            :
                                          :   ORDER OF
                          Plaintiff,      :   DISCONTINUANCE
            -v-                           :
                                          :
DEMOCRACY NOW! PRODUCTIONS, INC.,         :
                                          :
                          Defendant.      :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-2019

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **February 8, 2019**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         January 9, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge