

February 6, 2019

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mango v. Democracy Now! Productions, Inc. (1:18-cv-10588-DLC)*

Dear Judge Cote,

We represent Plaintiff, Gregory Mango, in the above in-captioned case. The parties are still finalizing the settlement agreement and respectfully request an additional 30-days to either re-open the case or file their stipulation of dismissal.

The Court's consideration is much appreciated.

    Respectfully submitted,

    /s/Richard Liebowitz
    Richard P. Liebowitz

    *Counsel for Plaintiff Gregory Mango*

