

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

February 6, 2019

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/7/2019

Re:   *Mango v. Democracy Now! Productions, Inc. (1:18-cv-10588-DLC)*

Dear Judge Cote,

We represent Plaintiff, Gregory Mango, in the above in-captioned case. The parties are still finalizing the settlement agreement and respectfully request an additional 30-days to either re-open the case or file their stipulation of dismissal.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Gregory Mango*

**MEMO ENDORSED**

Denied. The initial conference is rescheduled to 2/15/19 at 4:30 pm. The case is reopened.
Denise Cote
2/7/19

Liebowitz Law Firm, PLLC