# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Thomas M. Monahan
212.634.3019 direct
tmonahan@sheppardmullin.com

February 8, 2019

VIA ECF

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-12-19
```

Re: *Mango v. Democracy Now! Productions, Inc.* – S.D.N.Y. Case No. 1:18-cv-10588

Dear Judge Cote:

We represent Democracy Now! Productions, Inc. ("Defendant") in the above-referenced action and submit this letter motion with the consent of counsel for Plaintiff Gregory Mango ("Plaintiff") to request that the initial pretrial conference, which is currently scheduled for February 15, 2019, be adjourned until after February 19, 2019 at the Court's convenience. The reason for this request is that I am currently on paternity leave and will not be returning until February 19th.

Pursuant to You Honor's Individual Rules, Defendant states that there have been no previous requests for an adjournment of the initial case management conference,[1] and an adjournment will not affect any scheduled dates for this matter.

Please feel free to contact me if Your Honor desires any additional information.

Respectfully submitted,

/s/ *Thomas M. Monahan*

Thomas M. Monahan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*MEMO ENDORSED*

*The conference is adjourned to March 1 at 3:30 p.*

*Denise Cote*
*2/11/19*

SMRH:489479033.1
cc: Richard Lebowitz, Esq.

---

[1] The parties note that the initial pretrial conference was scheduled for January 11, 2019, but that conference was cancelled due to the Notice of Settlement filed on January 9, 2019.