UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------ x

GREGORY MANGO,                                    :
                                                  :
                          Plaintiff,              :          Docket No. 1:18-cv-10588-DLC
                                                  :
              - against -                         :
                                                  :
DEMOCRACY NOW! PRODUCTIONS, INC.                  :
                                                  :
                          Defendant.              :
------------------------------------------------------------------------------ x

## JOINT RULE 26(f) REPORT AND [PROPOSED] SCHEDULING ORDER

Plaintiff Gregory Mango and Defendant Democracy Now! Productions, Inc.

("Democracy Now"), by and through their undersigned attorneys, hereby submit the following

Rule 26(f) Report and Scheduling Order.  All parties met and conferred on January 3, 2019, and

this report was prepared based on those discussions.  The parties will be appearing before the

Court for an Initial Pretrial Conference on March 1, 2019.

**A.  Description of the Case**

Plaintiff Gregory Mango brings an action of copyright infringement against Democracy

Now alleging that Democracy Now displayed Mr. Mango's copyrighted photograph of

Kellyanne Conway and her husband George Conway.  Democracy Now denies Plaintiff's

allegations and contends that Plaintiff's alleged damages have no legal basis.

**Settlement Discussions and Mediation**

The parties have discussed settlement.  Democracy Now has made a Rule 68 offer, which

Plaintiff did not accept within 14 days, and has thereby rejected.  Although the parties reached a

settlement in principle with respect to damages, the parties were unable to agree upon certain

representations and warranties associated with that settlement.  The parties would like the matter

referred to a Magistrate Judge for a settlement conference within 60 days of the Initial Pretrial

Conference.

The parties request the following discovery schedule:

1.      **Rule 26(a) Initial Disclosures:** The parties will exchange initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure by March 15, 2019.

2.      **Leave to Amend/Add Additional Parties:** The last day for the parties to amend their pleadings or add additional parties without leave of the Court will be May 30, 2019.

3.      **Requests for Production:** The parties will serve their first requests for production of documents by April 1, 2019.

4.      **Interrogatories:** The parties will serve their first interrogatories by April 1, 2019.

5.      **Requests to Admit:** The parties will serve their first requests to admit by May 30, 2019.

6.      **Close of Fact Discovery:** Fact discovery will close August 28, 2019.

7.      **Close of Expert Discovery:** Expert discovery will close October 28, 2019.

8.      **Summary Judgment Motions:** Any summary judgment motions will be due December 20, 2019. Any opposition thereto will be due January 20, 2020.  Any reply thereto will be due February 4, 2020.

**B.  Other Matters**

1.  <u>Electronic Discovery</u>

The parties anticipate that discovery in this case will involve the production of hard copy documents and electronically stored information ("ESI").  The parties will meet and confer in good faith throughout the course of discovery in an effort to avoid the need for any formal motions related to discovery of ESI.

2.  <u>Issues Relating to Claims of Privilege</u>

The parties shall produce privilege logs within a reasonable time after production.  The parties will confer in good faith on the ways to minimize the burden of privilege logs, including through the use of categorical privilege logs.  The parties agree that any inadvertent disclosure of privileged material in the course of discovery shall not constitute a waiver of privilege, provided that the party who made the inadvertent disclosure promptly notifies the other party upon becoming aware of the disclosure.

3.  <u>Changes to Limitations on Discovery</u>

The parties do not anticipate any additional changes to or limitations on discovery at this time.

4.  <u>Protective Order</u>

The parties recognize that this matter may require the production of sensitive commercial information and therefore agree that it is appropriate to enter into a protective order to govern the handling of such information.  Before documents are produced, the parties will execute a stipulated pre-trial protective order for this Court's approval, or either or both of the parties will move for the entry of a protective order if the parties are unable to reach agreement.

5. <u>Bond</u>

It is Democracy Now's position that, pursuant to the January 8, 2019 Order in this action

(Dkt. No. 21), Plaintiff should post a $10,000 bond pursuant to L.R. 54.2 immediately.

**C. Trial**

Based on the claims currently advanced by Plaintiff, the parties contemplate that trial in

this matter will take 1-2 full days, but reserve the right to revise this estimate after the scope of

the case becomes clearer.  The parties do not consent to trial before a magistrate judge.  The

parties request that the cased be tried before a jury.

Dated: New York, New York
       March 1, 2019

|  |  |
|---|---|
| LIEBOWITZ LAW FIRM, PLLC | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| By: */s/ Richard P. Liebowitz* | |
|     Richard P. Liebowitz | By: */s/ Thomas M. Monahan_* |
| 11 Sunrise Plaza, Suite 305 |     Thomas M. Monahan |
| Valley Stream, New York 11580 | 30 Rockefeller Plaza |
| Tel.: 516-233-1660 | New York, New York 10112 |
| E-mail: RL@liebowitzlawfirm.com | Tel.: 212-653-8700 |
| | E-mail: TMonahan@SheppardMullin.com |
| *Attorneys for Plaintiff Gregory Mango* | |
| | *Attorneys for Defendant Democracy Now! Productions, Inc..* |

IT IS SO ORDERED this __ day of March, 2019

_____
The Honorable Denise Cote
United States District Judge