```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   18cv10588 (DLC)
GREGORY MANGO,                           :
                                         :      PRETRIAL
                    Plaintiff,           :   SCHEDULING ORDER
                                         :
        -v-                              :
                                         :
DEMOCRACY NOW! PRODUCTIONS, INC.,        :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/2019

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on March 1, 2019, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The plaintiff, via counsel, shall post a bond with the Clerk of Court in the amount of $10,000 on or before **March 4, 2019.**

2. The parties are instructed to contact the chambers of Magistrate Judge Freeman on or before **March 4, 2019** in order to pursue settlement discussions under her supervision. The parties are directed to schedule a settlement conference to occur during the month of March.

3. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **April 5, 2019.**

4. No additional parties may be joined or pleadings amended after **April 5, 2019.**

5. All fact discovery must be completed by **July 19, 2019.**

6. The following motion will be served by the dates indicated below.

   Any motion for summary judgment:

   - Motion served by **August 9, 2019**
   - Opposition served by **September 6, 2019**
   - Reply served by **September 20, 2019**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

   In the event no motion is filed, the Joint Pretrial Order must be filed by **August 9, 2019.**

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated:   March 1, 2019
         New York, New York

                                   _____
                                         DENISE COTE
                                   United States District Judge