UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GREGORY MANGO,                      :     18cv10588(DLC)(DF)
                                    :
                Plaintiff,          :     ORDER OF
                                    :     REFERENCE TO A
        -v-                         :     MAGISTRATE JUDGE
                                    :
DEMOCRACY NOW! PRODUCTIONS, INC.,   :
                                    :
                Defendant.          :
                                    :
------------------------------------X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/1/2019*

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___ Habeas Corpus

_X_ Settlement

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

Dated:  New York, New York
        March 1, 2019

                                    _____
                                    DENISE COTE
                                    United States District Judge