```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
GREGORY MANGO,                           :   18cv10588 (DLC)
                                         :
                   Plaintiff,            :        ORDER
                                         :
          -v-                            :
                                         :
DEMOCRACY NOW! PRODUCTIONS, INC.,        :
                                         :
                   Defendant.            :
---------------------------------------- X
```

DENISE COTE, District Judge:

A pretrial conference was held on March 1, 2019. As set forth at the conference, counsel for plaintiff was ordered to post a bond with the Clerk of Court in the amount of $10,000 on or before March 4, 2019. The Clerk of Court has no record of the bond being posted. Accordingly, it is hereby

ORDERED that plaintiff's counsel shall post a bond with the Clerk of Court in the amount of $10,000 by **March 8, 2019** at **12:00 p.m.** or show cause by **March 8** at **5:00 p.m.** why this case should not be dismissed pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with court orders.

SO ORDERED:

Dated:   March 7, 2019
         New York, New York

_____
DENISE COTE
United States District Judge