**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Thomas M. Monahan
212.634.3019 direct
tmonahan@sheppardmullin.com

March 29, 2019

**VIA ECF**

Hon. Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re:   *Mango v. Democracy Now! Productions, Inc.* – S.D.N.Y. Case No. 1:18-cv-10588

Dear Judge Freeman:

We represent Democracy Now! Productions, Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's instructions during our March 14, 2019 telephonic settlement conference, we are writing jointly with counsel for Plaintiff Gregory Mango ("Plaintiff") to advise Your Honor that the parties have not agreed upon language to address the issues that we discussed during our conference. The parties remain open to any further suggestions or assistance Your Honor is able to provide. Pursuant to the March 1, 2019 Pretrial Scheduling Order in this matter, the parties are scheduled to exchange their initial disclosures on April 5, 2019.

  Respectfully submitted,

 /s/ *Thomas M. Monahan*

Thomas M. Monahan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:    Richard Lebowitz, Esq.