UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEMOCRACY NOW! PRODUCTIONS, INC.,<br><br>                    Defendant. | Case No.: 1:18-cv-10588-DLC<br><br>**NOTICE OF DEFENDANT'S MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST AN ADDITIONAL BOND** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for an Order Requiring Plaintiff to Post an Additional Bond Pursuant to Local Rule 54.2, Defendant Democracy Now! Productions, Inc.'s ("Democracy Now"), by and through its counsel Sheppard, Mullin, Richter & Hampton LLP, shall move before the Honorable Denise L. Cote, at the United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007, on a date and time to be determined by the Court, for an Order requiring Plaintiff Gregory Mango to post a bond for costs pursuant to Local Civil Rule 54.2, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b), opposition papers to this motion shall be served "within fourteen days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

Dated: New York, New York
May 14, 2019

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  /s/ Thomas M. Monahan

Thomas M. Monahan
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700

James M. Chadwick (*pro hac vice forthcoming*)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (605) 815-2600

*Attorneys for Democracy Now! Productions, Inc.*

To: Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 301
Valley Stream, New York 11580
RL@liebowitzlawfirm.com