# EXHIBIT 3

**UNITED STATES DISTRICTCOURT**
**SOUTHERN DISTRICT OF NEW YORK**

GREGORY MANGO

       Plaintiff,

- against -      1:19-cv-10588-DLC

DEMOCRACY NOW! PRODUCTIONS, INC.

       Defendant.

**PLAINTIFF GREGORY MANGO'S**
**RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure, plaintiff Gregory Mango ("Mango") hereby provides the following Initial Disclosures. These disclosures are based on information reasonably available to Mango at this time, and Mango does not represent that she is identifying every document, tangible thing, or individual potentially relevant to this lawsuit. Mango continues to investigate the claims in this action, and reserves the right to produce during discovery or at trial such data, information, or documents as are subsequently discovered, generated, determined to be relevant, or determined to have been omitted from these disclosures. Mango also reserves the right to modify or supplement any or all of these disclosures.

**Identity of Individuals Likely To Have Discoverable Information**

The following persons are reasonably likely to have discoverable information that Mango may use to support its claims in the above-captioned action. Mango has not provided contact

information where he does not have such information and/or such information is already known or otherwise readily available to Defendant.

| Name | Company Affiliation/Address | Expected Areas of Knowledge |
|---|---|---|
| Gregory Mango | (*contact only through counsel*) | • Knowledge regarding the creation, publication and licensing of the copyrighted photograph at issue. |
| Corporate Representative(s) | Democracy Now! Productions, Inc. | • Knowledge regarding Defendant's standards, practices, policies, guidelines, and budgeting for licensing of copyrighted materials.<br><br>• Knowledge regarding Defendant's net worth, gross revenues, net profits, and number of total employees for year ending 2017 and 2018.<br><br>• Knowledge regarding the creation of the article on the website that contained Plaintiff's Photograph. (hereinafter "Photograph")<br><br>• Knowledge regarding from where the Photograph was obtained.<br><br>• Knowledge regarding the number of page hits the Website received.<br><br>• Knowledge regarding any advertising or other actions done to increase traffic to the Website<br><br>• Knowledge regarding the number of shares, links or linkbacks to the article.<br><br>• Knowledge regarding the advertising revenue earned from the article. |

| | | |
|---|---|---|
| Donna Halperin | Liebowitz Law Firm, PLLC | Knowledge regarding the copyright registration of the Photograph. |
| Those subpoenaed or listed on Defendant's Initial Disclosures, and any Defendant's Supplemental Disclosures, any Defendant's amended initial disclosures, all individuals who have given or will give testimony in this case, any expert witnesses subsequently identified by Plaintiffs during expert discovery in this litigation, any and all experts or third parties relied upon by Defendant, all custodians and witnesses, all persons or entities referred in documents produced | Various | • Various |

**Documents and Things in the Possession of Counsel or the Party**

Plaintiff identifies the following categories of documents and things in its possession, custody or control that may be used to support its claims:

- The Photograph at issue.
- The United States Copyright Registration of the Photograph.

**Statement of Basis for Damages**

Plaintiff refers Defendant to the Complaint for an itemization of the types of damages suffered. As Plaintiff has not yet obtained discovery of Defendant's financial, sales and other relevant records, Plaintiff cannot make a reasonable estimate of the damages sustained or infringing profits she may recover as a result of Defendant's actions. Plaintiff's reserves his right as to if she will seek actual or statutory damages.

**Insurance Agreements in Force**

Not applicable.

**Identities of Experts and Their Opinions**

At this time, Plaintiff has not yet retained an expert, but reserves its right to do so as discovery progresses.

Dated: Valley Stream, New York
April 7, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Gregory Mango*