# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MANGO

                         Plaintiff,

      - against -

DEMOCRACY NOW! PRODUCTIONS, INC.

                       Defendant.

Case No. 1:19-cv-10588-DLC

## PLAINTIFF GREGORY MANGO'S
## FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Gregory Mango ("plaintiff" or "Mango"), by and through his attorneys, hereby requests that Defendant Democracy Now! Productions, Inc. ("defendant" or "Democracy Now") respond to the following interrogatories by serving written responses thereto at the offices of Liebowitz Law Firm PLLC, 11 Sunrise Plaza, Valley Stream, NY 11580, attn. Richard Liebowitz within thirty (30) days of the date hereof.

### DEFINITIONS

1.     The definitions and rules of construction provided by Local Civil Rule 26.3(c) and (d) are incorporated herein by reference, including the definitions of "communication,"

"document," "identify" (with respect to persons), "identify" (with respect to documents), "plaintiff," "defendant," "person," and "concerning."

2.      "Action" shall mean the above-captioned action.

3.      The term "Complaint" means the pleading which initiated the Action.

4.      The term "Photograph" means the photograph of Kellyanne Conway that is the subject of this litigation and which is depicted in Exhibit A to the Complaint [Dkt. # 1-1].

5.      The term "Website" means the URL at where the Photograph was displayed by defendant.

6.      The term "social media" mean any and all social media platforms, Internet services, website or mobile application that provides, enables or facilitates communication with, by or among his users or other persons, that is operated by or on behalf of defendant, including but not limited to Twitter, Facebook, Google Plus, Instagram, Snapchat, Tumblr etc.

10.      The term "records" shall mean all methods of arranging or storing papers, documents or other recordings of data whether contained in folders, cabinets or other containers, whether recorded on magnetic cards, tapes or discs, hard drives, clouds, or any other media, which are or have been maintained by defendant or on defendant's behalf for preservation or reference.

11.      The term "including" means including but not limited to.

12.     "You" and "your" shall refer to the plaintiffs in this action and their agents, representatives, and anyone else acting on behalf of one or more of them.

13.     The term "state" means to provide the most complete answer available at the time and to supplement that answer should further information because available later.

## INSTRUCTIONS

1.     In answering these interrogatories, defendant is required to furnish all information that is available to it, including but not limited to information in the possession of his officers, employees, agents, attorneys or investigators.

2.     Defendant must answer each interrogatory and each part thereof separately and fully to the extent no objection is made.

3.     Should defendant be unable to answer any interrogatory in full, it should answer the interrogatory to the fullest extent possible, specify the reasons for the inability to answer the remainder, and state whatever information it has concerning the unanswered portion.

4.     Should defendant claim that any particular interrogatory is beyond the scope of permissible discovery, it should specify in detail each and every ground on which such claim rests.

5.     Should defendant find any interrogatory or any term used in an interrogatory to be vague, ambiguous, subject to varying interpretations or unclear, defendant should identify the matter deemed to be ambiguous, vague, subject to interpretation or unclear, state his understanding of the disputed matter, and respond to the best of his ability in accordance with that understanding.

6.     If defendant declines to respond or withholds any information to any interrogatory hereinafter on the basis of any asserted privilege, defendant should offer a

statement signed by defendant's counsel attorney which sets forth as to each such interrogatory or aspect or portion thereof the following:

      i.      The nature of the privilege or other protection claimed (including work product);

      ii.      The basis in fact for the privilege;

      iii.      The general subject matter of the information or communication over which defendant claims is privileged;

      iv.      The date of any communication over which a privilege is claimed;

      v.      The identity of all parties to any communication thereof;

      vi.      Whether such communication contains or relates to facts or opinions, or both.

Furthermore, defendant should answer each interrogatory and each part thereof not requesting privileged information.

7.      Defendant is warned that any objection to any interrogatory for which a basis has not been specifically stated within the time provided by the Federal Rules of Civil Procedure shall be waived.

8.      For the convenience of the Court and the parties, defendant should quote each interrogatory in full immediately preceding the response.

9.      These interrogatories seek information as of the date of defendant's response, but shall be deemed continuing so that any additional information relating to these interrogatories which defendant later acquires, discovers, or which becomes known to defendant, up to and including the time of trial, shall be provided reasonably promptly after such information is acquired, discovered or becomes known.

10.     With respect to each person identified in response to these interrogatories, furnish the name, address, telephone number, and job title along with job description.

## TIME PERIOD TO WHICH THIS REQUEST PERTAINS

Unless otherwise specifically stated, the answers sought are those concerning the following time period: one year prior to the date of initial publication of Defendant's Website until the date of these Interrogatories (the "Time Period").

## INTERROGATORIES

1.     Identify all uses of the Photograph by defendant and its affiliates, subsidiaries, and parent companies.

2.     Identify any Website and URLs from where defendant obtained the Photograph.

3.     Identify all persons from whom defendant obtained the Photograph.

4.     Identify all places of where defendant got the idea to use the Photograph.

5.     Identify all persons who found, decided to use, and/or edited the Photograph.

6.     Identify all persons with knowledge or information concerning the posting, display and publication of the Photograph.

7.     Identify the method or process through which any of defendant's employees or agents decided to use the Photograph on the Website.

8.     Identify all defendant's employees or agents who have knowledge or information concerning the revenues, sales and profits earned or received from the Website.

9.     Identify all defendant's employees or agents who have knowledge or information concerning the revenues, sales and profits earned or received from the Website.

10.     Identify all persons with knowledge or information about defendant's procedures for licensing photographic content.

11.    Identify all persons with knowledge or information about defendant's attempts to secure the rights to the Photograph prior to their publication on the Website.

12.    Identify the author(s) of the Website in which the Photograph appeared.

13.    Identify the editor(s) of the Website in which the Photograph appeared.

14.    Identify the journalist(s) of the Website in which the Photograph appeared.

15.    Identify all persons with supervisory control over the editorial process concerning the Website.

16.    Identify any procedures or practices defendant used for securing licenses to photographic content.

17.    State the revenue and profits earned or received from the Website as a result of defendant's publication of the Website.

18.    State the revenue and profits earned and received from the

19.    State the revenue and profits earned or received from the Website during the Time Period.

20.    State the number of web hits or clicks generated by the Website.

21.    State the overall number of visitors to the Website during the Time Period.

22.    State defendant's estimated net worth for the year ending 2018.

23.    State defendant's estimated net worth for the year ending 2017.

24.    State defendant's estimated net worth for the year ending 2016.

25.    State defendant's gross revenues for the year ending 2018.

26.    State defendant's gross revenues for the year ending 2016.

27.    State defendant's gross revenues for the year ending 2017.

28.    State the number of employees defendant has at present.

29.    State the number of offices, including the location of each office, which defendant

6

maintains at present.

Dated: April 7, 2019
      Valley Stream, New York

                                        LIEBOWITZ LAW FIRM, PLLC

                                        <u>/s/ RichardLiebowitz</u>
                                        Richard Liebowitz
                                        11 Sunrise Plaza, Ste. 305
                                        Valley Stream, NY 11580
                                        (516) 233-1660
                                        rl@liebowitzlawfirm.com

                                        *Attorneys for Plaintiff Gregory Mango*

| | | | | |
|---|---|---|---|---|
| Wu v. Associated Newspa... | New York Southern Distric... | 820 | 10/17/2017 | 01/06/2018 |
| Wu v. Floridian First Realty... | New York Eastern District... | 820 | 01/05/2018 | 05/18/2018 |
| Wu v. Jonathan Simkhai In... | New York Southern Distric... | 820 | 09/11/2017 | 11/01/2017 |
| Yang v. American Broadca... | New York Southern Distric... | 820 | 03/08/2017 | 05/01/2017 |
| Yang v. American Broadca... | New York Southern Distric... | 820 | 11/01/2016 | 12/21/2016 |
| Yang v. Barstool Sports, In... | New York Southern Distric... | 820 | 03/01/2017 | 08/01/2017 |
| Yang v. Barstool Sports, In... | New York Southern Distric... | 820 | 04/29/2018 | 09/14/2018 |
| Yang v. BlackDoctor, Inc. | Illinois Southern District C... | 820 | 09/17/2018 | |
| Yang v. BlackSportsOnline,... | Missouri Eastern District C... | 820 | 08/28/2018 | 12/03/2018 |
| Yang v. COED Media Grou... | New York Southern Distric... | 820 | 03/20/2016 | 02/01/2017 |
| Yang v. Combo Ventures L... | New York Eastern District... | 820 | 05/09/2017 | 10/31/2017 |
| Yang v. Distractify, Inc. | New York Southern Distric... | 820 | 08/21/2017 | 01/29/2018 |
| Yang v. Highsnobiety Incor... | New York Southern Distric... | 820 | 05/08/2017 | 08/28/2017 |
| Yang v. JammedUp, LLC | New York Southern Distric... | 820 | 03/22/2017 | 08/03/2017 |
| Yang v. Mic Network Inc. | New York Southern Distric... | 820 | 08/21/2018 | |
| Yang v. Off-Leash Veterina... | New York Southern Distric... | 820 | 10/16/2018 | |
| Yang v. Ogden Publication... | New York Southern Distric... | 820 | 10/27/2017 | 12/13/2017 |
| Yang v. Salem Media Grou... | New York Southern Distric... | 820 | 06/05/2017 | 07/27/2017 |
| Yang v. Sell It Social, LLC | New York Southern Distric... | 820 | 12/10/2017 | |
| Yang v. Source Digital, Inc. | New York Southern Distric... | 820 | 11/15/2018 | |
| Yang v. Telemundo Netwo... | New York Southern Distric... | 820 | 09/05/2017 | 02/15/2018 |
| Yang v. Tipedia LLC | New York Southern Distric... | 820 | 10/22/2017 | 01/04/2018 |
| Yang v. TotallyHer Media,... | New York Southern Distric... | 820 | 12/05/2017 | 02/06/2018 |
| Yang v. Tribune Broadcasti... | New York Southern Distric... | 820 | 09/27/2016 | 11/22/2016 |
| Yang v. Viacom Internatio... | New York Southern Distric... | 820 | 10/09/2017 | 10/31/2017 |
| Yang v. WPIX, LLC | New York Southern Distric... | 820 | 02/15/2016 | 06/23/2016 |
| Yang v. WWB Holdings, LL... | New York Southern Distric... | 820 | 09/18/2017 | 11/07/2017 |
| Yee v. Well & Good, LLC | New York Southern Distric... | 820 | 04/10/2017 | 08/29/2017 |
| Zakaria v. Guardian News... | New York Southern Distric... | 820 | 06/16/2017 | 07/27/2017 |
| Zakaria v. National Public... | New York Southern Distric... | 820 | 09/04/2017 | 10/26/2017 |
| Zimand v. Fashionisto LL... | New York Southern Distric... | 820 | 07/03/2018 | 09/28/2018 |
| Zimand v. Univision Comm... | New York Southern Distric... | 820 | 03/07/2018 | 06/05/2018 |
| Zimmerman v. The E.W. S... | New York Southern Distric... | 820 | 04/25/2017 | 08/21/2017 |
| Zlozower et al v. Motley Cr... | New York Southern Distric... | 820 | 09/06/2016 | 06/29/2018 |
| Zlozower v. Bella Media Gr... | New York Southern Distric... | 820 | 11/25/2018 | |
| Zlozower v. Boston Globe... | New York Southern Distric... | 820 | 09/08/2017 | 02/06/2018 |
| Zlozower v. Digital First M... | Colorado District Court | 820 | 10/22/2018 | |
| Zlozower v. Entravision Co... | Texas Southern District Co... | 820 | 10/31/2018 | |
| Zlozower v. Fender Musica... | New York Southern Distric... | 820 | 01/12/2018 | 03/26/2018 |
| Zlozower v. Highsnobiety I... | New York Southern Distric... | 820 | 02/08/2018 | 12/11/2018 |
| Zlozower v. Maxim Media I... | New York Southern Distric... | 820 | 07/09/2018 | 09/11/2018 |
| Zlozower v. NewBay Medi... | New York Southern Distric... | 820 | 11/20/2017 | 12/29/2017 |
| Zlozower v. Rukkus, Inc. | New York Southern Distric... | 820 | 12/05/2017 | 03/28/2018 |
| Zlozower v. Spotify USA In... | New York Southern Distric... | 820 | 12/07/2018 | |
| Zlozower v. Ticketmaster... | New York Southern Distric... | 820 | 06/04/2017 | 10/24/2017 |
| Zlozower v. Townsquare... | New York Southern Distric... | 820 | 07/03/2018 | 10/15/2018 |
| Zlozower v. Townsquare... | New York Southern Distric... | 820 | 06/03/2017 | 08/02/2017 |
| Zlozower v. Universal Musi... | New York Southern Distric... | 820 | 04/29/2018 | 08/08/2018 |
| Zlozower v. Vice Media LL... | New York Eastern District... | 820 | 02/14/2017 | 07/12/2017 |
| Zlozower v. Voice Media G... | New York Southern Distric... | 820 | 10/27/2016 | 06/22/2017 |
| Zuma Press, Inc. et al v. G... | New York Southern Distric... | 820 | 08/01/2017 | 08/28/2018 |
| Zuma Press, Inc. v. Getty I... | New York Southern Distric... | 820 | 08/01/2016 | 10/04/2018 |