# EXHIBIT 7

**CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-04-23082-ess

*Assigned to:* Elizabeth S. Stong
Chapter 7
Voluntary
No asset

*Date filed:* 09/13/2004
*Date terminated:* 01/07/2005
*Date discharged:* 01/07/2005
*341 meeting:* 10/19/2004
*Deadline for objecting to discharge:* 12/20/2004

*Debtor*
**Gregory Paul Mango**
210 17th Street
Brooklyn, NY 11215-0000
KINGS-NY
SSN / ITIN: xxx-xx-9921
*dba* **P3200 Photojournalism**

represented by **Gregory Paul Mango**
PRO SE

*Trustee*
**Gregory Messer**
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474
Email: gremesser@aol.com

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2004 | 1 (29 pgs) | Chapter 7 Voluntary Petition. Receipt Number 266431, Fee Amount $ 209.00 Filed by Gregory Paul Mango. (rjl) Additional attachment(s) added on 9/14/2004 (pgm, ). (Entered: 09/13/2004) |
| 09/13/2004 | 2 (4 pgs; 2 docs) | Meeting of Creditors 341(a) meeting to be held on 10/19/2004 at 01:00 PM at 111 Livingston Street, Suite 1102, Brooklyn, NY. Last day to oppose discharge or dischargeability is 12/20/2004. (pgm) (Entered: 09/14/2004) |
| 09/16/2004 | 3 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors Service Date 09/16/2004. (Admin.) (Entered: 09/17/2004) |

| | | |
|---|---|---|
| 09/16/2004 | [4](#) (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Service Date 09/16/2004. (Admin.) (Entered: 09/17/2004) |
| 10/20/2004 | | Trustee's Report of No Distribution: Trustee requests discharge and certifies under FRBP 5009: the estate has been fully administered; I have neither received nor distributed any non-exempt property; I have diligently inquired about the debtor(s) financial affairs and location of estate property. The estate has no non-exempt property to distribute. (Messer, Gregory) (Entered: 10/20/2004) |
| 01/07/2005 | [5](#) (2 pgs) | Order Discharging Chapter 7 Debtor(s) and Final Decree Chapter 7; Copy to Trustee, US Trustee. Signed on 1/7/2005 (pgm) (Entered: 01/07/2005) |
| 01/07/2005 | | Bankruptcy Case Closed (pgm) (Entered: 01/07/2005) |
| 01/09/2005 | [6](#) (3 pgs) | BNC Certificate of Mailing with Chapter 7 Discharge and Chapter 7 Final Decree Service Date 01/09/2005. (Admin.) (Entered: 01/10/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/07/2019 11:25:47 | | | |
| **PACER Login:** | SMRHFirmUser:2636489:0 | **Client Code:** | 0003-084530 |
| **Description:** | Docket Report | **Search Criteria:** | 1-04-23082-ess Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |