# EXHIBIT 9

Query   Reports   Utilities   Help   Log Out

APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:17-cv-06784-VM

| | |
|---|---|
| Mango v. Buzzfeed, Inc. | Date Filed: 09/06/2017 |
| Assigned to: Judge Victor Marrero | Jury Demand: None |
| Referred to: Magistrate Judge Kevin Nathaniel Fox (Settlement) | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |
| Cause: 17:101 Copyright Infringement | |

**Plaintiff**

**Gregory Mango**    represented by    **Joseph Anthony Dunne**
SRIPLAW, PLLC
125 Maiden Lane
Suite 5c
New York, NY 10038
929-200-8446
Fax: 561-404-4353
Email: joedunnelaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

**James H. Freeman**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza #305
Valley Stream, NY 11580
(516) 233-1660
Fax: (516) 612-2740
Email: jf@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Buzzfeed, Inc.**      represented by **Eleanor Martine Lackman**
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010
(212) 974-7474
Fax: (212) 974-8474
Email: elackman@cdas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany Laine Kaplan**
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010
(212)-974-7474
Fax: (212) 974-8474
Email: bkaplan@cdas.com
*TERMINATED: 10/12/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2017 | 1 | COMPLAINT against Buzzfeed, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-14095884)Document filed by Gregory Mango. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Freeman, James) (Entered: 09/06/2017) |
| 09/06/2017 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to BuzzFeed, Inc., re: 1 Complaint. Document filed by Gregory Mango. (Freeman, James) (Entered: 09/06/2017) |
| 09/06/2017 | 3 | CIVIL COVER SHEET filed. (Freeman, James) (Entered: 09/06/2017) |
| 09/06/2017 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Freeman, James) (Entered: 09/06/2017) |
| 09/07/2017 | 5 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (rch) (Entered: 09/07/2017) |
| 09/07/2017 | 6 | ELECTRONIC SUMMONS ISSUED as to Buzzfeed, Inc.. (rch) (Entered: 09/07/2017) |
| 09/07/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Victor Marrero. Please download and review the Individual Practices of the assigned District Judge, located at |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (rch) (Entered: 09/07/2017)                                                                                                                                                                                                                                                      |
| 09/07/2017 |    | Magistrate Judge Kevin Nathaniel Fox is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (rch) (Entered: 09/07/2017)                                                                                                                                                                                   |
| 09/07/2017 |    | Case Designated ECF. (rch) (Entered: 09/07/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 09/12/2017 | 7  | CERTIFICATE OF SERVICE of Summons and Complaint. Buzzfeed, Inc. served on 9/8/2017, answer due 9/29/2017. Service was accepted by Lyanne Gares, Litigation Management Services Leader. Document filed by Gregory Mango. (Freeman, James) (Entered: 09/12/2017)                                                                                                                                                                                                                                                                                             |
| 09/19/2017 | 8  | CERTIFICATE OF SERVICE of Summons and Complaint. Buzzfeed, Inc. served on 9/18/2017, answer due 10/10/2017. Service was accepted by Lyanne Gares, Litigation Management Services Leader. Document filed by Gregory Mango. (Freeman, James) (Entered: 09/19/2017)                                                                                                                                                                                                                                                                                          |
| 10/10/2017 | 9  | NOTICE OF APPEARANCE by Eleanor Martine Lackman on behalf of Buzzfeed, Inc.. (Lackman, Eleanor) (Entered: 10/10/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 10/10/2017 | 10 | NOTICE OF APPEARANCE by Brittany Laine Kaplan on behalf of Buzzfeed, Inc.. (Kaplan, Brittany) (Entered: 10/10/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 10/10/2017 | 11 | ENDORSED LETTER: addressed to Judge Victor Marrero, from Eleanor M. Lackman, dated October 10, 2017, re: Extension of time. ENDORSEMENT: Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 11-9-17. Buzzfeed, Inc. answer due 11/9/2017. (Signed by Judge Victor Marrero on 10/10/2017) (ap) (Entered: 10/10/2017)                                                                                                                                                        |
| 11/08/2017 | 12 | **FILING ERROR - CORPORATE PARENT/OTHER AFFILIATE NOT ADDED -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Buzzfeed, Inc..(Lackman, Eleanor) Modified on 11/13/2017 (lb). (Entered: 11/08/2017)                                                                                                                                                                                                                                                                                                                       |
| 11/08/2017 | 13 | ANSWER to 1 Complaint. Document filed by Buzzfeed, Inc..(Lackman, Eleanor) (Entered: 11/08/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 11/13/2017 |    | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Eleanor Martine Lackman to RE-FILE Document 12 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Corporate Parents were not added. Please re-file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). YOU MUST SELECT THE SEARCH BUTTON. Select the correct name or create a new corporate parent. Add the Corporate Parent** |

|  |  |  |
|---|---|---|
|  |  | (s) or Affiliate(s) one party name at a time. (lb) (Entered: 11/13/2017) |
| 11/13/2017 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent NBCUniversal Media, LLC for Buzzfeed, Inc.. Document filed by Buzzfeed, Inc..(Lackman, Eleanor) (Entered: 11/13/2017) |
| 11/13/2017 | 15 | NOTICE OF INITIAL CONFERENCE: Initial Conference set for 12/15/2017 at 2:30 PM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Victor Marrero, and as further set forth in this order. (Signed by Judge Victor Marrero on 11/13/2017) (ap) (Entered: 11/13/2017) |
| 11/22/2017 | 16 | FIRST AMENDED COMPLAINT amending 1 Complaint against Buzzfeed, Inc. with JURY DEMAND.Document filed by Gregory Mango. Related document: 1 Complaint. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Freeman, James) (Entered: 11/22/2017) |
| 12/06/2017 | 17 | ANSWER to 16 Amended Complaint,. Document filed by Buzzfeed, Inc.. (Lackman, Eleanor) (Entered: 12/06/2017) |
| 12/08/2017 | 18 | JOINT LETTER addressed to Judge Victor Marrero from James H. Freeman (for Plaintiff) and Eleanor Lackman (for Defendant) dated 12/8/17 re: Joint Status Letter In Advance of Initial Case Management Conference on 12/15/17. Document filed by Gregory Mango.(Freeman, James) (Entered: 12/08/2017) |
| 12/15/2017 |  | Minute Entry for proceedings held before Judge Victor Marrero: Initial Pretrial Conference held on 12/15/2017. James Freeman present for plaintiff Gregory Mango. Eleanor Martine Lackman present for defendant Buzzfeed, Inc. The case is referred to Magistrate Judge Kevin Nathaniel Fox for settlement purposes. (JW) (Entered: 12/15/2017) |
| 12/15/2017 | 19 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Kevin Nathaniel Fox. (Signed by Judge Victor Marrero on 12/15/2017) (ap) (Entered: 12/15/2017) |
| 01/22/2018 | 20 | ORDER: IT IS HEREBY ORDERED that a settlement conference shall be held in the above-captioned action on February 6, 2018, at 10:30 a.m., in courtroom 228, 40 Centre Street, New York, New York. The parties are directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, a copy of which is being provided to the parties with this Order. Additionally, at least seven days prior to the settlement conference, the parties must confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously. (Settlement Conference set for 2/6/2018 at 10:30 AM in Courtroom 228, 40 Centre Street, New York, NY 10007 before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 1/19/2018) (js) (Entered: 01/22/2018) |
| 02/06/2018 |  | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: A Settlement Conference was held on 2/6/2018. The settlement conference |

| | | |
|---|---|---|
| | | was unsuccessful. (Midwood, Laura) (Entered: 02/06/2018) |
| 02/06/2018 | 21 | LETTER MOTION for Conference *Pre-Motion Conference re: Judgment on the Pleadings under Fed.R.Civ.P. 12(c) and Judicial Notice under F.R.E. 201 (b)(2); 201(c)(2) - Count I for Copyright Infringement Against Buzzfeed, Inc.* addressed to Judge Victor Marrero from James H. Freeman dated 2/6/18. Document filed by Gregory Mango.(Freeman, James) (Entered: 02/06/2018) |
| 02/08/2018 | 22 | RESPONSE re: 21 LETTER MOTION for Conference *Pre-Motion Conference re: Judgment on the Pleadings under Fed.R.Civ.P. 12(c) and Judicial Notice under F.R.E. 201(b)(2); 201(c)(2) - Count I for Copyright Infringement Against Buzzfeed, Inc.* addressed to Judge Vi . Document filed by Buzzfeed, Inc.. (Lackman, Eleanor) (Entered: 02/08/2018) |
| 02/09/2018 | 23 | LETTER addressed to Judge Victor Marrero from James H. Freeman dated 2/9/18 re: Plaintiff's Request for Leave of Court to file a One-Page Reply to Defendant's Opposition Letter [Dkt. #22] to Plaintiff's Request for a Pre-Motion Conference Pursuant to Fed.R.Civ.P. 12(c) and FRE 201(b)(2). Document filed by Gregory Mango.(Freeman, James) (Entered: 02/09/2018) |
| 02/09/2018 | 24 | ENDORSED LETTER: addressed to Judge Victor Marrero from Eleanor M. Lackman, dated February 8, 2018, re: Response. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant. (Signed by Judge Victor Marrero on 2/9/2018) (ap) (Entered: 02/09/2018) |
| 02/21/2018 | 25 | MEMO ENDORSEMENT: on re: 23 Letter, filed by Gregory Mango. ENDORSEMENT: Request GRANTED. (Signed by Judge Victor Marrero on 2/21/2018) (ap) (Entered: 02/21/2018) |
| 02/21/2018 | 26 | MEMO ENDORSEMENT: on re: 21 LETTER MOTION for Conference *Pre-Motion Conference re: Judgment on the Pleadings under Fed.R.Civ.P. 12(c) and Judicial Notice under F.R.E. 201(b)(2); 201(c)(2) - Count I for Copyright Infringement Against Buzzfeed, Inc.* addressed to Judge Marrero, filed by Gregory Mango. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff. (Signed by Judge Victor Marrero on 2/21/2018) (ap) (Entered: 02/21/2018) |
| 02/21/2018 | 27 | MEMO ENDORSEMENT: on re: 22 Response, filed by Buzzfeed, Inc. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant. (Signed by Judge Victor Marrero on 2/21/2018) (ap) (Entered: 02/21/2018) |
| 03/05/2018 | 28 | ENDORSED LETTER: addressed to Judge Victor Marrero, from James H. Freeman, dated February 22, 2018, re: Pre-Motion Conference. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff. (Signed by Judge Victor Marrero on 3/5/2018) (ap) (Entered: 03/05/2018) |
| 03/28/2018 | 29 | STIPULATED PROTECTIVE ORDER:...regarding procedures to be followed |

| | | | |
|---|---|---|---|
| | | | that shall govern the handling of confidential material... (Signed by Judge Victor Marrero on 3/28/2018) (ap) (Entered: 03/28/2018) |
| 05/02/2018 | | 30 | ORDER denying 21 Letter Motion for Conference. Accordingly, it is hereby ORDERED that the motion (Dkt. Nos. 21, 28) of plaintiff Gregory Mango for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure is DENIED. SO ORDERED. (Signed by Judge Victor Marrero on 5/2/2018) (anc) (Entered: 05/02/2018) |
| 05/15/2018 | | 31 | ORDER: All parties are advised that a telephone conference has been scheduled for May 17, 2018 at 1:30 p.m. ( Telephone Conference set for 5/17/2018 at 01:30 PM before Judge Victor Marrero.) (Signed by Judge Victor Marrero on 5/14/2018) (mro) (Entered: 05/15/2018) |
| 05/17/2018 | | | Minute Entry for proceedings held before Judge Victor Marrero: Telephone Conference held on 5/17/2018. James Freeman present for plaintiff Gregory Mango. Eleanor Lackman present for defendant BuzzFeed, Inc. (JW) (Entered: 05/17/2018) |
| 05/17/2018 | | 32 | NOTICE OF TRIAL AND SCHEDULING ORDER: Counsel for all parties are advised that the trial of this action has been scheduled to commence before the Honorable Victor Marrero on July 2, 2018 and are directed to appear for a final pre-trial conference on June 12, 2018 at 11:00 A.m. in Courtroom 11B at the United States Courthouse, 500 Pearl Street, New York, New York. The parties are directed to review the Court's Individual Practices and, in accordance therewith, submit by not later than June 4, 2018, the joint Pre-Trial Order and other trial-related materials specified therein. (As further set forth in this Order.) Final Pretrial Conference set for 6/12/2018 at 11:00 AM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Victor Marrero. Pretrial Order due by 6/4/2018. (Signed by Judge Victor Marrero on 5/17/2018) (cf) (Entered: 05/17/2018) |
| 05/21/2018 | | 33 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated 5/21/2018 re: Jury v. Bench Trial and Pre-Trial Summary Judgment on Liability. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff. (Signed by Judge Victor Marrero on 5/21/2018) (ras) (Entered: 05/21/2018) |
| 05/24/2018 | | 34 | ENDORSED LETTER: addressed to Judge Victor Marrero from Eleanor M. Lackman dated 5/23/2018 re: In his letter, Mango states that he reserves his right to a trial by jury. However, during the parties' May 17, 2018 conference, Mango's counsel indicated that Mango was inclined to consent to a bench trial. Based on this representation, the Court scheduled a single day for trial, July 2, 2018. BuzzFeed respectfully submits that conducting a jury trial will require more than a single trial day. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant. So Ordered. (Signed by Judge Victor Marrero on 5/23/2018) (js) (Entered: 05/24/2018) |
| 05/25/2018 | | 35 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. |

| | | |
|---|---|---|
| | | Freeman dated 5/25/2018 re: informing the court the parties consent to a bench trial. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff. (Signed by Judge Victor Marrero on 5/25/2018) (jwh) (Entered: 05/25/2018) |
| 06/01/2018 | 36 | ENDORSED LETTER addressed to Judge Victor Marrero from Eleanor M. Lackman dated 5/18/2018 re: an adjournment of the pre-trial conference currently scheduled for June 12, 2018. See Dkt. No. 32. ENDORSEMENT: Request GRANTED. The next pretrial conference herein is rescheduled to 6/22/2018 at 2:00 p.m. SO ORDERED. (Signed by Judge Victor Marrero on 6/1/2018) (ne) (Entered: 06/01/2018) |
| 06/01/2018 | | Set/Reset Hearings: Final Pretrial Conference set for 6/22/2018 at 02:00 PM before Judge Victor Marrero. (ne) (Entered: 06/01/2018) |
| 06/06/2018 | 37 | NOTICE of Motions In Limine. Document filed by Buzzfeed, Inc.. (Lackman, Eleanor) (Entered: 06/06/2018) |
| 06/06/2018 | 38 | MOTION in Limine *to Exclude Evidence Concerning BuzzFeed's Financial Information*. Document filed by Buzzfeed, Inc..(Lackman, Eleanor) (Entered: 06/06/2018) |
| 06/06/2018 | 39 | MOTION in Limine *to Exclude Irrelevent and Cumulative Witness Testimony*. Document filed by Buzzfeed, Inc..(Lackman, Eleanor) (Entered: 06/06/2018) |
| 06/13/2018 | 40 | MEMORANDUM OF LAW in Opposition re: 39 MOTION in Limine *to Exclude Irrelevent and Cumulative Witness Testimony*., 38 MOTION in Limine *to Exclude Evidence Concerning BuzzFeed's Financial Information*. . Document filed by Gregory Mango. (Freeman, James) (Entered: 06/13/2018) |
| 06/18/2018 | 41 | ORDER, The parties request (see attached letter) that the trial currently scheduled for July 2, 2018 be adjourned. The trial shall be rescheduled for August 13, 2018. The final pre-trial conference currently scheduled for June 22, 2018 shall be rescheduled to Friday, July 20, 2018 at 2:15 p.m. SO ORDERED. (Final Pretrial Conference set for 7/20/2018 at 02:15 PM before Judge Victor Marrero.) (Signed by Judge Victor Marrero on 6/18/18) (yv) (Entered: 06/18/2018) |
| 06/18/2018 | 42 | REPLY MEMORANDUM OF LAW in Support re: 39 MOTION in Limine *to Exclude Irrelevent and Cumulative Witness Testimony*., 38 MOTION in Limine *to Exclude Evidence Concerning BuzzFeed's Financial Information*. . Document filed by Buzzfeed, Inc.. (Lackman, Eleanor) (Entered: 06/18/2018) |
| 07/19/2018 | 43 | DECISION AND ORDER. For the reasons stated above, it is hereby ORDERED that the motion in limine (Dkt. No. 38) of defendant BuzzFeed, Inc. ("BuzzFeed") to exclude evidence concerning BuzzFeed's financial information is GRANTED; and it is further ORDERED that the motion in limine (Dkt. No. 39) of BuzzFeed to exclude witness testimony of Wajmah Yaqubi is DENIED. SO ORDERED. Granting 38 Motion in Limine; Denying 39 Motion in Limine. (Signed by Judge Victor Marrero on 7/19/2018) (rjm) (Entered: 07/19/2018) |
| 07/20/2018 | | Minute Entry for proceedings held before Judge Victor Marrero: Final Pretrial |

|  |  | Conference held on 7/20/2018. Plaintiff Gregory Mango present with attorney James Freeman. Eleanor Martine Lackman and Brittany Laine Kaplan present for defendant BuzzFeed, Inc. Parties to submit stipulation by July 27, 2018. (JW) (Entered: 07/20/2018) |
|---|---|---|
| 07/27/2018 | 44 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated 7/23/2018 re: request to submit a First Amended Pre-Trial Memorandum of Law. ENDORSEMENT: Request DENIED. Under the circumstance, there is no need for an amended memorandum. The Court will take note of the parts of the memorandum mooted by defendant's representation. (Signed by Judge Victor Marrero on 7/27/2018) (jwh) (Entered: 07/27/2018) |
| 07/27/2018 | 45 | ENDORSED LETTER addressed to Judge Victor Marrero from 7/23/2018 dated Eleanor M. Lackman re: Response to Plaintiff's request for file amended memorandum. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant. (Signed by Judge Victor Marrero on 7/27/2018) (jwh) (Entered: 07/27/2018) |
| 07/31/2018 | 46 | STIPULATION BEFORE TRIAL: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that BuzzFeed shall be held liable for copyright infringement under 17 U.S.C. § 501. This Stipulation shall not be construed to have any effect on whether or not liability exists as to any other claim, including but not limited to Mango's claim under 17 U.S.C. § 1202, nor as to any factual or legal issue pertaining to intent or damages, or any other matter not expressly stipulated herein. SO ORDERED. (Signed by Judge Victor Marrero on 7/31/2018) (ne) (Entered: 07/31/2018) |
| 08/06/2018 | 47 | ENDORSED LETTER addressed to Judge Victor Marrero from Eleanor M. Lackman dated 8/3/2018 re: identifying alternate witness for testimony about Buzzfeed's policies and practices. ENDORSEMENT: Plaintiff is directed to respond by 8-8-18, by letter not to exceed two (2) pages, to the matter set forth above by defendant, showing cause why the relief requested should not be granted. (Signed by Judge Victor Marrero on 8/6/2018) (jwh) (Entered: 08/06/2018) |
| 08/06/2018 | 48 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated 8/6/2018 re: notifying court Plaintiff does not object to the substitution of Mr. Gregory Brehm in place of Wajmah Yaqubi at trial. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiff. (Signed by Judge Victor Marrero on 8/6/2018) (jwh) (Entered: 08/06/2018) |
| 08/08/2018 | 49 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated 8/8/2018 re: Plaintiff respectfully intends to call his witnesses in the following order herein. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff. (Signed by Judge Victor Marrero on 8/8/2018) (kgo) (Entered: |

| | | |
|---|---|---|
| | | 08/08/2018) |
| 08/09/2018 | 50 | NOTICE OF APPEARANCE by Joseph Anthony Dunne on behalf of Gregory Mango. (Dunne, Joseph) (Entered: 08/09/2018) |
| 08/13/2018 | | Minute Entry for proceedings held before Judge Victor Marrero: Bench Trial begun and completed on 8/13/2018. James H. Freeman and Joseph Anthony Dunne for plaintiff Gregory Mango. Eleanor Martine Lackman and Brittany Laine Kaplan for defendant BuzzFeed, Inc. Parties to submit update to the Court regarding settlement prospects by August 27, 2018. (JW) (Entered: 08/14/2018) |
| 09/04/2018 | 51 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman and Eleanor M. Lackman dated 8/27/2018 re: update to the Court regarding settlement prospects. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the parties. (Signed by Judge Victor Marrero on 9/4/2018) (tn) (Entered: 09/04/2018) |
| 10/09/2018 | 52 | ENDORSED LETTER; addressed to Judge Victor Marrero from Eleanor M. Lackman dated 10/8/2018 re: We represent defendant BuzzFeed, foe. ("BuzzFeed") in the above-captioned matter. We write to cite to the Court certain supplemental authority that has come to BuzzFeed's attention after the briefing and trial on the matter was concluded on August 13, 2018. ENDORSEMENT: Plaintiff is directed to respond by 10/11/2018 by letter not to exceed two (2) pages, to the matter set forth above by defendant, showing cause why the relief requested should not be granted. So Ordered. (Signed by Judge Victor Marrero on 10/9/2018) (js) (Entered: 10/09/2018) |
| 10/11/2018 | 53 | MOTION for Brittany L. Kaplan-Peterson to Withdraw as Attorney . Document filed by Buzzfeed, Inc..(Kaplan, Brittany) (Entered: 10/11/2018) |
| 10/12/2018 | 54 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated 10/11/2018 re: We represent Plaintiff Gregory Mango in the above-captioned case and respectfully submit this opposition to Defeudant's letter, dated October 8, 2018. [Dkt. #52] Defendant cites to the recent Second Circuit case of Krechmer v Tantaros, 17-4061, as controlling over this Court's pending decision on Buzzfeed's liability for 17 U.S.C. § 1202(b). Plaintiff disagrees. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff. So ordered. (Signed by Judge Victor Marrero on 10/11/2018) (rjm) (Entered: 10/12/2018) |
| 10/12/2018 | 55 | MEMO ENDORSEMENT on NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE. ENDORSEMENT: So ordered. Granting 53 Motion to Withdraw as Attorney. Attorney Brittany Laine Kaplan terminated. (Signed by Judge Victor Marrero on 10/12/2018) (rjm) (Entered: 10/12/2018) |
| 01/17/2019 | 56 | DECISION AND ORDER: For the reasons stated above, it is hereby ORDERED that judgment be entered against defendant Buzz Feed, Inc. ("Buzz |

| | | |
|---|---|---|
| | | Feed") in favor of plaintiff Gregory Mango ("Mango") for copyright infringement under Count I. BuzzFeed shall be liable in the amount of $3,750.00 in statutory damages; and it is further ORDERED that judgment be entered against BuzzFeed in favor of Mango for the alteration of copyright management information under Count II. BuzzFeed shall be liable in amount of $5,000.00 in statutory damages; and it is finally ORDERED that Mango shall submit an application for reasonable attorneys fees and costs to the Court by February 1, 2019. BuzzFeed shall respond to the application by February 15, 2019. Mango's reply, if any, shall be submitted by February 22, 2019. (Motions due by 2/1/2019, Responses due by 2/15/2019, Replies due by 2/22/2019.) (Signed by Judge Victor Marrero on 1/17/2019) (ne) Transmission to Orders and Judgments Clerk for processing. (Entered: 01/17/2019) |
| 01/17/2019 | 57 | CLERK'S JUDGMENT re: 56 Order Set Deadlines. in favor of Gregory Mango against Buzzfeed, Inc. in the amount of $ 8,750.00. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated January 17, 2018, judgment is entered against defendant BuzzFeed, Inc. ("BuzzFeed") in favor of plaintiff Gregory Mango (Mango) for copyright infringement under Count I; BuzzFeed is liable in the amount of $3,750.00 in statutory damages; and it is further ORDERED that judgment is entered against BuzzFeed in favor of Mango for the alteration of copyright management information under Count II: Buzzfeed is liable in the amount of $5,000 in statutory damages. (Signed by Clerk of Court Ruby Krajick on 01/17/2019) (Attachments: # 1 Notice of Right to Appeal)(dt) (Main Document 57 replaced on 3/15/2019) (km). Modified on 3/15/2019 (km). (Entered: 01/17/2019) |
| 01/17/2019 | 58 | NOTICE OF APPEARANCE by Richard Liebowitz on behalf of Gregory Mango. (Liebowitz, Richard) (Entered: 01/17/2019) |
| 02/01/2019 | 59 | MOTION for Attorney Fees *pursuant to Section 505 of the Copyright Act and section 1203(b)(5) of the DMCA in the amount of $65,132.50 in fees and $1810.03 in costs*. Document filed by Gregory Mango.(Freeman, James) (Entered: 02/01/2019) |
| 02/01/2019 | 60 | MEMORANDUM OF LAW in Support re: 59 MOTION for Attorney Fees *pursuant to Section 505 of the Copyright Act and section 1203(b)(5) of the DMCA in the amount of $65,132.50 in fees and $1810.03 in costs.* . Document filed by Gregory Mango. (Freeman, James) (Entered: 02/01/2019) |
| 02/01/2019 | 61 | DECLARATION of James H. Freeman in Support re: 59 MOTION for Attorney Fees *pursuant to Section 505 of the Copyright Act and section 1203(b)(5) of the DMCA in the amount of $65,132.50 in fees and $1810.03 in costs..* Document filed by Gregory Mango. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Freeman, James) (Entered: 02/01/2019) |
| 02/15/2019 | 62 | MEMORANDUM OF LAW in Opposition re: 59 MOTION for Attorney Fees *pursuant to Section 505 of the Copyright Act and section 1203(b)(5) of the DMCA in the amount of $65,132.50 in fees and $1810.03 in costs.* . Document filed by Buzzfeed, Inc.. (Lackman, Eleanor) (Entered: 02/15/2019) |

| | | |
|---|---|---|
| 02/15/2019 | 63 | DECLARATION of Eleanor M. Lackman in Opposition re: 59 MOTION for Attorney Fees *pursuant to Section 505 of the Copyright Act and section 1203(b)(5) of the DMCA in the amount of $65,132.50 in fees and $1810.03 in costs..* Document filed by Buzzfeed, Inc.. (Attachments: # 1 Exhibit A to the Declaration of Eleanor M. Lackman, # 2 Exhibit B Filed Under Seal to the Declaration of Eleanor M. Lackman, # 3 Exhibit C to the Declaration of Eleanor M. Lackman, # 4 Exhibit D to the Declaration of Eleanor M. Lackman, # 5 Exhibit E to the Declaration of Eleanor M. Lackman, # 6 Exhibit F to the Declaration of Eleanor M. Lackman)(Lackman, Eleanor) (Entered: 02/15/2019) |
| 02/18/2019 | 64 | NOTICE OF APPEAL from 57 Clerk's Judgment,,, 56 Order, Set Deadlines,,,,,,,,. Document filed by Buzzfeed, Inc.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Lackman, Eleanor) (Entered: 02/18/2019) |
| 02/19/2019 | | Appeal Fee Due: for 64 Notice of Appeal. Appeal fee due by 3/5/2019. (tp) (Entered: 02/19/2019) |
| 02/19/2019 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 64 Notice of Appeal. (tp) (Entered: 02/19/2019) |
| 02/19/2019 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 64 Notice of Appeal filed by Buzzfeed, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 02/19/2019) |
| 02/20/2019 | 65 | ENDORSED LETTER addressed to Judge Victor Marrero from Eleanor M. Lackman dated February 15, 2019 re: letter requesting permission to file documents under seal. ENDORSEMENT: Plaintiff is directed to respond by 2-22-19 by letter not to exceed two (2) pages to the matter set forth above by defendant showing cause why the relief requested should not be granted. SO ORDERED. (Signed by Judge Victor Marrero on 2/20/2019) (ks) (Entered: 02/20/2019) |
| 02/21/2019 | | Appeal Fee Payment: for 64 Notice of Appeal. Filing fee $ 505.00, receipt number ANYSDC-16386164. (Lackman, Eleanor) (Entered: 02/21/2019) |
| 02/22/2019 | 66 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated February 21, 2019 re: letter responding to Defendant's request to seal documents. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action in the letter above submitted to the court by plaintiff. SO ORDERED. (Signed by Judge Victor Marrero on 2/22/2019) (ks) (Entered: 02/22/2019) |
| 02/22/2019 | 67 | REPLY MEMORANDUM OF LAW in Support re: 59 MOTION for Attorney Fees *pursuant to Section 505 of the Copyright Act and section 1203(b)(5) of the DMCA in the amount of $65,132.50 in fees and $1810.03 in costs.* . Document filed by Gregory Mango. (Freeman, James) (Entered: 02/22/2019) |
| 02/22/2019 | 68 | REPLY AFFIDAVIT of James H Freeman in Support re: 59 MOTION for Attorney Fees *pursuant to Section 505 of the Copyright Act and section 1203(b)(5) of the DMCA in the amount of $65,132.50 in fees and $1810.03 in costs..* |

| | | |
|---|---|---|
| | | Document filed by Gregory Mango. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Freeman, James) (Entered: 02/22/2019) |
| 03/11/2019 | 69 | ENDORSED LETTER: addressed to Judge Victor Marrero from Eleanor M. Lackman dated 3/1/2019 re: Accordingly, for the above reasons, BuzzFeed respectfully requests that the Court strike or disregard the extraneous material in the letter and submitted on reply or permit BuzzFeed to respond via sur-reply to respond to that material. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant. So Ordered. (Signed by Judge Victor Marrero on 3/11/2019) (js) (Entered: 03/11/2019) |
| 03/11/2019 | 70 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated 3/6/2019 re: We write to respectfully request the Court's leave to supplement the District Court's record by filing via ECF the documents as further specified in this letter. ENDORSEMENT: So ordered. Request granted. Plaintiff is given leave to supplement the public record of this action by filing the documents specified above. (Signed by Judge Victor Marrero on 3/11/2019) (rjm) (Entered: 03/11/2019) |
| 03/11/2019 | 71 | ENDORSED LETTER addressed to Judge Victor Marrero from James H. Freeman dated March 11, 2019 re: letter from Plaintiff writing in opposition to Defendant Buzzfeed's request. ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff. The parties are directed to refrain from further correspondence with the Court regarding this matter unless requested by the Court. SO ORDERED. (Signed by Judge Victor Marrero on 3/11/2019) (ks) (Entered: 03/11/2019) |
| 03/22/2019 | 72 | TRANSCRIPT of Proceedings re: TRIAL held on 8/13/2018 before Judge Victor Marrero. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/12/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/20/2019.(McGuirk, Kelly) (Entered: 03/22/2019) |
| 03/22/2019 | 73 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 8/13/18 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/22/2019) |
| 04/23/2019 | 74 | DECLARATION of James H. Freeman re: 70 Endorsed Letter, . Document filed by Gregory Mango. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 |

| | |
|---|---|
| | Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X)(Freeman, James) (Entered: 04/23/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/06/2019 18:13:43 | | | |
| **PACER Login:** | SMRHFirmUser | **Client Code:** | 0003-084530 |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-06784-VM |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |