# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

Thomas M. Monahan
212.634.3019 direct
tmonahan@sheppardmullin.com

June 27, 2019

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Mango v. Democracy Now! Productions, Inc.* – S.D.N.Y. Case No. 1:18-cv-10588

Dear Judge Cote:

We represent Democracy Now! Productions, Inc. ("Democracy Now") in the above-referenced action and submit this letter motion with the consent of counsel for Plaintiff Gregory Mango ("Plaintiff") to request a 60 day extension of the July 19, 2019 deadline for completion of fact discovery in Your Honor's March 1, 2019 Pretrial Scheduling Order (Dkt. No. 29) (the "Scheduling Order"). This extension is necessitated by the fact that Democracy Now's General Manager recently had a baby and will be on maternity leave until early August. Democracy Now's General Manager has been responsible for collecting documents responsive to Plaintiff's document requests and Democracy Now anticipates designating her as its witness in response to Plaintiff's 30(b)(6) Notice of Deposition. The extension of the fact discovery period will enable Democracy Now to complete its document production upon its General Manager's return and complete depositions and discovery by the adjourned September 17, 2019 deadline.

Pursuant to You Honor's Individual Rules, Democracy Now states that there have been no previous requests for an adjournment of the deadline for completion of fact discovery and Plaintiff consents to this adjournment. The adjournment will require a commensurate adjournment of the dates for filing motions for summary judgment and a Joint Pretrial Order contained in the Scheduling Order. A Proposed Revised Pretrial Scheduling Order is enclosed for Your Honor's consideration.

**SheppardMullin**

Richard P. Lebowitz, Esq.
June 27, 2019
Page 2

Please feel free to contact me if Your Honor desires any additional information.

Respectfully submitted,

*[signature]*

Thomas M. Monahan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Enclosure

cc:   Richard Lebowitz, Esq.