UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO,<br><br>      Plaintiff,<br><br>-v-<br><br>DEMOCRACY NOW! PRODUCTIONS, INC.,<br><br>      Defendant. | 18cvl0588 (DLC)<br><br>[PROPOSED] REVISED PRETRIAL<br>SCHEDULING ORDER |

DENISE COTE, District Judge:

  As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on March 1, 2019, and in accordance with Defendant's June 27, 2019 letter motion requesting a 60 day extension of the July 19, 2019 deadline for completion of fact discovery in the March 1, 2019 Pretrial Scheduling Order (Dkt. No. 29), the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. All fact discovery must be completed by **September 17, 2019.**

2. The following motion will be served by the dates indicated below.

 Any motion for summary judgment:

-  Motion served by **October 8, 2019**
-  Opposition served by **November 5, 2019**
-  Reply served by **November 19, 2019**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

In the event no motion is filed, the Joint Pretrial Order must be filed by **October 8, 2019.**

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated: June __, 2019
       New York, New York

                                  DENISE COTE
                         United States District Judge