# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

August 1, 2019

<u>**VIA ECF**</u>

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>*Mango v. Democracy Now! Productions, Inc. (1:18-cv-10588-DLC)*</u>

Dear Judge Cote,

    We represent Plaintiff, Gregory Mango, in the above in captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

                                      Respectfully Submitted,

                                      /s/Richard Liebowitz
                                      Richard Liebowitz

                                      *Counsel for Plaintiff Gregory Mango*

